UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD SCOTT,

        Plaintiff,                            Case Number 15-10132

v.                                                       Honorable David M. Lawson

ALLIANT CAPITAL MANAGEMENT, LLC,

        Defendant.

_____/

## JUDGMENT

In accordance with the order granting in part the plaintiff's motion for default judgment entered on this date,

It is **ORDERED AND ADJUDGED** that the plaintiff shall recover of the defendant, Alliant Capital Management, LLC, damages, costs, and attorney's fees in the amount of $3,287.84.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated:   June 30, 2015

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 30, 2015.

                                  s/Susan Pinkowski
                                  SUSAN PINKOWSKI